**Lloyd Bernstein**, OSB #002030
Email: Lloyd.bernstein@bullivant.com
**Richard Williams**, OSB #144638
Email: Richard.williams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN MERRILL and JENNIFER MERRILL, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois business entity,<br><br>Defendant. | Civil No.: 3:23-cv-01746<br><br>**NOTICE OF REMOVAL**<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Safeco Insurance Company of Illinois ("Safeco") removes the state court action described below to this Court. In support of this Notice of Removal, Safeco states as follows:

/ / /

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 1

## I. THE REMOVED ACTION

1. Plaintiffs initiated this action against Safeco Insurance Company of Oregon in the Circuit Court of the State of Oregon for the County of Multnomah as Case No. 23CV30380 on July 27, 2023. On November 21, 2023, Plaintiffs filed a First Amended Complaint substituting Safeco Insurance Company of Illinois as the sole Defendant.

2. Plaintiffs served a copy of the First Amended Complaint on Safeco's counsel on November 21, 2023.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings retrieved from the state court docket are attached to this Notice of Removal as Exhibit 1. Safeco is unaware of any other pleadings or orders in the underlying case.

## II. REMOVAL IS TIMELY

4. The timing requirements outlined in 28 U.S.C. § 1446(b) are satisfied because this Notice of Removal is filed within 30 days of Safeco's receipt of the First Amended Complaint setting forth Plaintiffs' claims for relief against Safeco.

## III. VENUE IN THIS COURT IS PROPER

5. The Circuit Court of the State of Oregon for the County of Multnomah is located within the Portland Division of the District of Oregon. Venue for this removal action is proper in the District of Oregon—Portland Division under 28 U.S.C. § 1441(a), 28 U.S.C. § 117, and LR 3-2(a)(3) because this Notice of Removal is filed in the district and division where the removed state court action is currently pending.

/ / /

/ / /

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 2**

## IV. THIS COURT HAS JURISDICTION OVER THE REMOVED ACTION

6. At the time Plaintiffs commenced this action, and at the time of this Notice of Removal, Plaintiffs are individuals alleged to have owned Property in Multnomah County, Oregon.[1] On information and belief, at all pertinent times for purposes of this removal Plaintiffs were residents of the State of Oregon.

7. At the time Plaintiffs commenced this action, and at the time of this Notice of Removal, Safeco is a company organized under the laws of the State of Illinois and its principal place of business is located in Warrenville, Illinois.

8. Plaintiffs' First Amended Complaint alleges two claims for breach of contract against Safeco and seeks damages in the amount of $225,000 exclusive of costs and interest.

9. Because Plaintiffs and Safeco are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000, this Court has jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

## V. FILING OF REMOVAL PAPERS

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiffs, and a copy is being filed with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah.

## VI. DEMAND FOR JURY TRIAL

12. Safeco requests a jury trial.

/ / /

---

[1] First Amended Compl. at ¶ 1.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 3

WHEREFORE, Defendant Safeco, removes this civil action from the Circuit Court of the State of Oregon for the County of Multnomah and requests that all further proceedings be conducted in this Court.

DATED: November 27, 2023

BULLIVANT HOUSER BAILEY PC

By  s/ Richard Williams
  **Lloyd Bernstein, OSB #002030**
  **Richard Williams, OSB #144638**
  Telephone: 503.228.6351

Attorneys for Defendant

4860-6298-9458.1 03387/00563

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 4**