**Lloyd Bernstein**, OSB #002030
Email: Lloyd.bernstein@bullivant.com
**Richard Williams**, OSB #144638
Email: Richard.williams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN MERRILL and JENNIFER MERRILL, husband and wife,<br><br>                              Plaintiffs,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois business entity,<br><br>                              Defendant. | Civil No.: 3:23-cv-01746-IM<br><br><br>**CORRECTED EXHIBIT 1 TO NOTICE OF REMOVAL** |

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**CORRECTED EXHIBIT 1 TO NOTICE OF REMOVAL**
**Page 1**

**EXHIBIT 1**

**STATE COURT PLEADINGS**

1

2

3

4

5

6

7                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                            FOR THE COUNTY OF MULTNOMAH

9

10   NATHAN MERRILL AND JENNIFER      )   Case No.
     MERRILL, husband and wife,       )
11                                    )   **COMPLAINT [BREACH OF**
                                      )   **CONTRACT; BREACH OF IMPLIED**
12            Plaintiffs,             )   **COVENANT IF GOOD FAITH AND FAIR**
                                      )   **DEALINGS**
13        vs.                         )
                                      )            * * *
14   SAFECO INSURANCE COMPANY OF      )   AMOUNT OF CLAIMS: $225,000
     OREGON, an Oregon business entity,)          ORS 21.160(1)(c)
15                                    )
              Defendant.              )   NOT SUBJECT TO MANDATORY
16                                    )            ARBITRATION
                                      )
17   _____)   **JURY TRIAL DEMANDED**

18        COMES NOW, Nathan Merrill and Jennifer Merrill ("Plaintiffs"), for their complaint

19   against Safeco Insurance Company of Oregon ("Defendant"), and allege as follows:

20                                    * * *

21                            **GENERAL ALLEGATIONS**

22                                     1.

23        At all material times, Plaintiffs owned the real property located at 3565 se 166th Avenue,

24   Portland, Oregon 97236 ("Property").

25

26   *// // //*

Page 1 –COMPLAINT

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

Exhibit 1, Page 1 of 15

2.

At all material times, Safeco Insurance Company of Oregon was an Oregon business entity, domiciled in Oregon, conducting business in Multnomah County Oregon and agreeing to insure the Property.

\* \* \*

**FIRST CLAIM FOR RELIEF**

**Count 1 – Breach of Contract**

**(Breach of Contract against Defendant)**

3.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 2.

4.

Plaintiffs and Defendant entered into an agreement whereby Plaintiffs insured the Property through Defendant, for which Plaintiffs paid valuable consideration in the form of premium payments.

5.

Plaintiffs purchased policy number OP6272460 from Safeco Insurance Company of Oregon to insure the Property ("Policy"). Plaintiffs fulfilled all of their Policy obligations, to-wit they timely and fully paid the Policy premiums.

6.

No sooner than August 6, 2021, the Property was significantly damaged by fire, a covered loss under the Policy.

7.

Plaintiffs timely informed Defendant and sought payment for their covered losses to the Property per the terms of the Policy.

/// /// ///

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

8.

Defendant has refused to pay Plaintiffs for all losses covered by the Policy.

9.

Defendant deemed Plaintiffs' loss to be covered by the Policy and in so doing assigned claim number 046491069-001 to the loss.

10.

Defendant breached the Policy by failing to fully pay Plaintiffs for their losses covered under the Policy.

11.

Plaintiffs incurred direct damages in an amount not to exceed $225,000, after all offsets for payments made prior to the date of this lawsuit have been applied -  for losses to the primary structure and additional coverages, including but not limited to debris removal, ongoing loss of use/additional living expenses, and landscaping.   These amounts are recoverable under the terms of the Policy.

12.

Defendant's failure to pay the covered losses is a material breach of the Policy.

13.

Plaintiffs losses are reasonable and ascertainable. As such, Plaintiffs are also entitled to recover pre-judgment interest at the statutory rate of nine (9%) percent.

14.

Plaintiffs are also entitled to recover attorney fees pursuant to ORS 742.061.

15.

Plaintiffs are also entitled to all other relief this Court deems proper and just.

*   *   *

///// ///// /////

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

1

**SECOND CLAIM FOR RELIEF**

2

**Breach of the Implied Covenant of Good Faith and Fair Dealing**

3

**(Breach of Insurance Contract against Defendant)**

4

16.

5

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 15.

6

17.

7

In adjusting the loss, Defendant exercised its discretion under the Policy in a manner

8

inconsistent with the reasonable expectations of the parties and applicable law, including but not

9

limited to the following:

10

    a.  Refusing to pay claims without conducting a reasonable investigation based

11

        on all available information, by failing to properly evaluate Plaintiffs'

12

        insurable interest in the covered property;

13

    b.  Compelling claimants to initiate litigation as a result of Defendant's conduct

14

        as described herein;

15

    c.  Not attempting in good faith to promptly and equitably settle the claim in

16

        which liability had become reasonably clear.

17

18.

18

As a direct and proximate result of Defendant's breach of the implied covenant of good faith

19

and fair dealing, Plaintiffs have been damaged in an amount to be proven at trial not to exceed

20

$225,000 after all offsets for payments prior to the date of this lawsuit have been applied.

21

19.

22

Plaintiffs losses are actual, reasonable, and ascertainable. As such, Plaintiffs are also

23

entitled to recover pre-judgment interest at the statutory rate of nine percent (9%).

24

25

///// ///// /////

26

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

20.

Plaintiffs are also entitled to recover attorney fees and costs pursuant to ORS 742.061.

21.

Plaintiffs are entitled to all other relief this Court deems proper and just.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendant Safeco Insurance Company of Oregon, as follows:

A.  On the First Claim for Relief, Breach of Contract against Defendant for

    a) Damages in an amount to be proven at trial not to exceed $225,000 after all offsets for payments made prior to the date of this lawsuit are applied;

    b) Prejudgment interest at the legal rate from the date damages were owed until paid;

    c) Attorney fees and costs; and

    d) All other relief this Court deems proper and just.

B.  On the Second Claim for Relief, Breach of the Implied Covenant of Good Faith and Fair Dealing against Defendant for

    a) Damages in an amount to be proven at trial not to exceed $225,000 after all offsets for payments made prior to the date of this lawsuit are applied;

    b) Attorney fees and costs; and

    c) All other relief this Court deems proper and just.

Dated this 27th day of July 2023.

*/s/Fred Millard*
Fred Millard, OSB 982959
E-mail: fmillard@millardlaw.com
Douglas Bragg, OSB 012113
E-mail: dbragg@millardlaw.com
*Of Attorneys for Plaintiff*

Page 5 – COMPLAINT

# RETURN OF SERVICE

**State of Oregon**                    **County of Multnomah**                              **Circuit Court**

Case Number: 23CV30380

Plaintiff:
**Nathan Merrill and Jennifer Merrill,**

vs.

Defendant:
**Safeco Insurance Company of Oregon,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Safeco Insurance Company of Oregon c/o Corporation Service Company, R/A, 1127 Broadway St NE, Suite 310, Salem, OR 97301**.

I, Chris Pfeiffer, do hereby affirm that on the **2nd day of August, 2023** at **2:30 pm, I:**

Served Safeco Insurance Company of Oregon c/o Corporation Service Company, R/A by serving a true copy of a **Summons; Complaint** by personal service upon **Christina Hammock, Service of Process Technician** who is authorized to accept service on behalf of the registered agent at 1127 Broadway St NE, Suite 310, Salem, OR 97301.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

_____
**Chris Pfeiffer**
Process Server

_____    8/7/23
**Date**

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2023007277

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| NATHAN MERRILL and JENNIFER MERRILL, husband and wife, | ) ) ) Case No. 23CV30380 |
| Plaintiff, | ) ) SUMMONS |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF OREGON, an Oregon business entity, | ) ) ) |
| Defendant. | ) ) ) |

**TO:**   Safeco Insurance Company of Oregon, C/O Corporation Service Company, Registered Agent, 1127 Broadway Street NE Suite 310, Salem, OR 97301

You are hereby required to appear and defend the Complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this Summons upon you, and in case of your failure to do so, for want thereof, Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

## NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear," you must file with the Court a legal paper called a "Motion" or "Answer." The "Motion" or "Answer" must be given to the court clerk or administrator within 30 days, along with the required filing fee. It must be in proper form and have proof of service on the Plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.

If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763, or toll free in Oregon at (800) 452-7636.

1

Summons

1

2

3

4

5

6

7            IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                 FOR THE COUNTY OF MULTNOMAH

9

10   NATHAN MERRILL AND JENNIFER          )   Case No. 23CV30380
     MERRILL, husband and wife,           )
11                                         )   **ORCP 69 NOTICE OF INTENT TO**
                                          )   **APPLY FOR AN ORDER OF DEFAULT**
12            Plaintiffs,                  )   **AGAINST DEFENDANT**
                                          )
13        vs.                             )
                                          )
14   SAFECO INSURANCE COMPANY OF          )
     OREGON, an Oregon business entity,   )
15                                         )
              Defendant.                   )
16                                         )
                                          )
17   _____ )

18        Pursuant to ORCP 69B, Plaintiffs NATHAN MERRILL, and JENNIFER MERRILL hereby

19   provides written notice that they will apply for an order of default against Defendant SAFECO

20   INSURANCE COMPANY OF OREGON on or after November 21, 2023, unless Defendant files a

21   motion, answer, or otherwise defends against Plaintiffs' claims.

22                      Dated this 8th day of November 2023.

23                                  /s/ Douglas M. Bragg
                                    _____
24                                  Douglas M. Bragg, OSB 012113
                                    E-mail: dbragg@millardlaw.com
                                    Fred Millard, OSB 982959
25                                  E-mail: fmillard@millardlaw.com
                                    *Of Attorneys for Plaintiffs*

26

Page 1 – ORCP 69 NOTICE OF INTENT TO
APPLY FOR AN ORDER OF DEFAULT
AGAINST DEFENDANT

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that I served the foregoing **ORCP 69 NOTICE OF INTENT TO**

3 **APPLY FOR AN ORDER OF DEFAULT AGAINST DEFENDANT** on the following

parties:

4

5     Richard Williams
Bullivant Houser

6     One SW Columbia St. Suite 800
Portland, OR 97204

7     richard.williams@bullivant.com
*Of Attorneys for Defendant*

8

9 by the following indicated method(s):

10    [ ]   via the Court's electronic filing system.

11

12 [X]   E-Mail.

13

14                   Dated this 8th day of November 2023.

15                      */s/ Douglas M. Bragg*

16                      Fred Millard, OSB 982959
E-mail: fmillard@millardlaw.com

17                      Douglas M. Bragg, OSB 012113
E-mail: dbragg@millardlaw.com

18                      *Of Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

Page 2 – ORCP 69 NOTICE OF INTENT TO
APPLY FOR AN ORDER OF DEFAULT
AGAINST DEFENDANT

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

Exhibit 1, Page 9 of 15

1

2

3

4

5

6

7            IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                FOR THE COUNTY OF MULTNOMAH

9

| | |
|---|---|
| 10  NATHAN MERRILL AND JENNIFER MERRILL, husband and wife, | ) Case No. 23CV30380 |
| 11 | ) FIRST AMENDED COMPLAINT [BREACH |
|         Plaintiffs, | ) OF CONTRACT; BREACH OF IMPLIED |
| 12 | ) COVENANT IF GOOD FAITH AND FAIR |
|    vs. | ) DEALINGS] |
| 13 | ) |
| 14  SAFECO INSURANCE COMPANY OF | ) * * * |
|   ILLINOIS, an Illinois business entity, | ) **AMOUNT OF CLAIMS: $225,000** |
| 15 | ) **ORS 21.160(1)(c)** |
|        Defendant. | ) **NOT SUBJECT TO MANDATORY** |
| 16 | ) **ARBITRATION** |
| 17 | ) **JURY TRIAL DEMANDED** |

18       COMES NOW, Nathan Merrill and Jennifer Merrill ("Plaintiffs"), for their complaint

19 against Safeco Insurance Company of Illinois ("Defendant"), and allege as follows:

20                       * * *

21                **GENERAL ALLEGATIONS**

22                   1.

23       At all material times, Plaintiffs owned the real property located at 3565 se 166th Avenue,

24 Portland, Oregon 97236 ("Property").

25 _// // //_

26

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

2.

At all material times, Safeco Insurance Company of Illinois was an Illinois business entity, domiciled in Illinois, conducting business in Multnomah County Oregon and agreeing to insure the Property.

\* \* \*

**FIRST CLAIM FOR RELIEF**
**Count 1 – Breach of Contract**
**(Breach of Contract against Defendant)**

3.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 2.

4.

Plaintiffs and Defendant entered into an agreement whereby Plaintiffs insured the Property through Defendant, for which Plaintiffs paid valuable consideration in the form of premium payments.

5.

Plaintiffs purchased policy number OP6272460 from Safeco Insurance Company of Illinois to insure the Property ("Policy"). Plaintiffs fulfilled all of their Policy obligations, to-wit they timely and fully paid the Policy premiums.

6.

No sooner than August 6, 2021, the Property was significantly damaged by fire, a covered loss under the Policy.

7.

Plaintiffs timely informed Defendant and sought payment for their covered losses to the Property per the terms of the Policy.

8.

Defendant has refused to pay Plaintiffs for all losses covered by the Policy.

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

9.

Defendant deemed Plaintiffs' loss to be covered by the Policy and in so doing assigned claim number 046491069-001 to the loss.

10.

Defendant breached the Policy by failing to fully pay Plaintiffs for their losses covered under the Policy.

11.

Plaintiffs incurred direct damages in an amount not to exceed $225,000, after all offsets for payments made prior to the date of this lawsuit have been applied - for losses to the primary structure and additional coverages, including but not limited to debris removal, ongoing loss of use/additional living expenses, and landscaping. These amounts are recoverable under the terms of the Policy.

12.

Defendant's failure to pay the covered losses is a material breach of the Policy.

13.

Plaintiffs losses are reasonable and ascertainable. As such, Plaintiffs are also entitled to recover pre-judgment interest at the statutory rate of nine (9%) percent.

14.

Plaintiffs are also entitled to recover attorney fees pursuant to ORS 742.061.

15.

Plaintiffs are also entitled to all other relief this Court deems proper and just.

///// ///// /////

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

Exhibit 1, Page 12 of 15

* * *

## SECOND CLAIM FOR RELIEF
**Breach of the Implied Covenant of Good Faith and Fair Dealing
(Breach of Insurance Contract against Defendant)**

16.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 15.

17.

In adjusting the loss, Defendant exercised its discretion under the Policy in a manner inconsistent with the reasonable expectations of the parties and applicable law, including but not limited to the following:

    a.  Refusing to pay claims without conducting a reasonable investigation based on all available information, by failing to properly evaluate Plaintiffs' insurable interest in the covered property;

    b.  Compelling claimants to initiate litigation as a result of Defendant's conduct as described herein;

    c.  Not attempting in good faith to promptly and equitably settle the claim in which liability had become reasonably clear.

18.

As a direct and proximate result of Defendant's breach of the implied covenant of good faith and fair dealing, Plaintiffs have been damaged in an amount to be proven at trial not to exceed $225,000 after all offsets for payments prior to the date of this lawsuit have been applied.

19.

Plaintiffs losses are actual, reasonable, and ascertainable. As such, Plaintiffs are also entitled to recover pre-judgment interest at the statutory rate of nine percent (9%).

///// ///// /////

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

20.

Plaintiffs are also entitled to recover attorney fees and costs pursuant to ORS 742.061.

21.

Plaintiffs are entitled to all other relief this Court deems proper and just.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendant Safeco Insurance Company of Illinois, as follows:

A.  On the First Claim for Relief, Breach of Contract against Defendant for

    a)  Damages in an amount to be proven at trial not to exceed $225,000 after all offsets for payments made prior to the date of this lawsuit are applied;

    b)  Prejudgment interest at the legal rate from the date damages were owed until paid;

    c)  Attorney fees and costs; and

    d)  All other relief this Court deems proper and just.

B.  On the Second Claim for Relief, Breach of the Implied Covenant of Good Faith and Fair Dealing against Defendant for

    a)  Damages in an amount to be proven at trial not to exceed $225,000 after all offsets for payments made prior to the date of this lawsuit are applied;

    b)  Attorney fees and costs; and

    c)  All other relief this Court deems proper and just.

Dated this 21st day of November 2023.

_/s/Fred Millard_
Fred Millard, OSB 982959
E-mail: fmillard@millardlaw.com
Douglas Bragg, OSB 012113
E-mail: dbragg@millardlaw.com
_Of Attorneys for Plaintiffs_

Page 5 –FIRST AMENDED COMPLAINT

1    **CERTIFICATE OF SERVICE**

2        I hereby certify that I served the foregoing **FIRST AMENDED COMPLAINT** on the

3    following parties:

4        Richard Williams
        Bullivant Houser
5        One SW Columbia St. Suite 800
        Portland, OR 97204
6        richard.williams@bullivant.com
        *Of Attorneys for Defendant*
7

8

9    by the following indicated method(s):

10    [X ]    via the Court's electronic filing system.

11

    [X ]    E-Mail.
12

13

14                                Dated this 21st day of November 2023.

15                                _/s/ Douglas M. Bragg_____
                                Fred Millard, OSB 982959
16                                E-mail: fmillard@millardlaw.com
                                Douglas M. Bragg, OSB 012113
17                                E-mail: dbragg@millardlaw.com
                                *Of Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

Page 6 –FIRST AMENDED COMPLAINT

**Millard & Bragg, Attorneys at Law PC**
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

Exhibit 1, Page 15 of 15